◼ TOWN OF CARMEL et al., Respondents, v. BOARD OF SUPERVISORS OF PUTNAM COUNTY et al., Appellants. (Action No. 1.) TOWN OF SOUTHEAST et al., Respondents, v. BOARD OF SUPERVISORS OF PUTNAM COUNTY et al., Appellants. (Action No. 2.) TOWN OF PHILIPSTOWN et al., Intervenors-Defendants-Appellants.—Order of the Supreme Court, Putnam County, dated March 17, 1969, affirmed, without costs. (See *Graham* v. *Board of Supervisors of Erie County*, 18 N Y 2d 672; cf. *Iannucci* v. *Board of Supervisors*, 20 N Y 2d 244.) Rabin, Acting P. J., Benjamin, Munder, Martuscello and Kleinfeld, JJ., concur.